IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| DARREL DENTEZE HORRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 123-064 |
| GOVERNOR BRIAN P. KEMP; OFFICER AUSTIN WYNN; and GEORGIA DEPARTMENT OF PUBLIC SAFETY, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**O R D E R**

On June 26, 2023, the Court granted Plaintiff permission to proceed *in forma pauperis* conditioned upon his return of both the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees form. (See doc. no. 10.) On July 24, 2023, Plaintiff filed a notice of change of address dated for July 13, 2023, informing the Court he was transferred to Colquitt County Prison. (Doc. no. 11.) On August 15, 2023, Plaintiff filed an undated notice of change of address informing the Court he was transferred to Coffee Correctional Facility. (Doc. no. 12.) Given the timeline of events, it is unclear if Plaintiff ever received the Court's June 26th Order.

Thus, out of an abundance of caution, the Court **DIRECTS** the **CLERK** to send Plaintiff a copy of the June 26th Order, the Prisoner Trust Fund Account Statement form, and the Consent to Collection of Fees form to his new address. The forms must be completed and returned to the Court no later than September 15, 2023. Failure to do so will result in dismissal of this case.

SO ORDERED this 16th day of August, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA