AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DARREL DENTEZE HORRY,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV123-64

GOVERNOR BRIAN P. KEMP; OFFICER AUSTIN WYNN; GEORGIA DEPARTMENT OF PUBLIC SAFETY,

   Defendant's

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated January 3, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's complaint is dismissed without prejudice. This action stands closed.



January 3, 2024              John E. Triplett, Clerk of Court
Date                                        Clerk

(By) Deputy Clerk